# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA ROBLES, et al, ) | CIV-F-06-0288 OWW DLB |
| Plaintiffs, ) | ORDER RELATING AND REASSIGNING CASES |
| v. ) | |
| SUNVIEW VINEYARDS OF CALIFORNIA, INC., ) | |
| Defendant. ) | |

The court finds that the above-captioned action is related to Doe, et al v. D.M. Camp & Sons, et al, CV F 05-1417 AWI SMS in that both cases involve the same defendant and appear to deal with identical questions of fact and law. See Local Rule 83-123.  Assignment to the same judge is likely to effect a substantial savings of judicial effort.  Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered (later) case, is reassigned to the same district court and magistrate judge as the lower numbered (earlier) case. All future pleadings filed in the above-captioned action shall include the corrected case number, CV F 06-0288 AWI SMS.

IT IS SO ORDERED.

Dated:     **June 8, 2006**                           /s/ Anthony W. Ishii
0m8i78                                               UNITED STATES DISTRICT JUDGE

1