BRENDAN DOLAN State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Tel:       415.442.1000
Fax:      415.442.1001

Attorneys for Defendant
SUNVIEW VINEYARDS OF CALIFORNIA,
INC., a California corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **CATALINA ROBLES; JUAN MONTES; BENITO ESPINO; GUILLERMINA PEREZ; on behalf of themselves and a class of others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1 to 50, inclusive,**<br><br>Defendant. | Case No. 1:06-CV-00288-AWI-SMS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The parties, by and of their counsel of record, hereby stipulate as follows:

1.  On or about March 15, 2006, Plaintiffs Catalina Robles, *et al.* filed the instant action against Defendant Sunview Vineyards of California, Inc. (hereinafter "Defendant Sunview.") On or about June 8, 2006, the Court ordered the instant action related to *Doe, Roe and Zoe v. D.M. Camp Sons, et al.*, Case No. 1:05-cv-01417-AWI-SMS (hereinafter the "*Doe Action,*") which was filed on or about December 6, 2005.

2.  On or about January 12, 2006, the Court ordered *Valenzuela et al v. Giumarra Vineyards Corporation*, Case No. 1:05-cv-1600-AWI-SMS (hereinafter the "*Giumarra Action*") related to the *Doe Action*.

3.  Defendant Sunview moved to dismiss the *Doe Action* and the instant action on April 10, 2006, and May 12, 2006, respectively. In addition, Defendant Giumarra Vineyards Corporation (hereinafter "Defendant Giumarra") moved to dismiss the *Giumarra Action* on or about March 31, 2006.

4.  On March 31, 2008, the Court ruled on Defendants' motions to dismiss. In all cases referenced above, the Court granted the plaintiffs sixty (60) days to file an amended complaint.

5.  The plaintiffs in the *Doe Action* have yet to file their amended complaint. Plaintiffs in the instant action filed their first amended complaint on or about April 18, 2008. The plaintiffs in the *Giumarra Action* also filed their first amended complaint on or about April 18, 2008.

6.  On or about May 1, 2008, Defendant Giumarra requested an extension to respond to the amended complaint in the *Giumarra Action*. However, given the length of time that had passed since the filing of the complaint, the plaintiffs in the *Giumarra Action* denied their request. On or about May 5, 2008, Defendant Giumarra filed their Motion for Extension of Time to File Answer or Otherwise Respond to Amended Complaint. On or about May 6, 2008, the Court granted Defendant Giumarra until June 9, 2008, to respond.

7.  Due to the Court's order granting Defendant Giumarra until June 9, 2008, to respond to the amended complaint in the *Giumarra Action,* Plaintiffs in the instant action agree to enlarge the time for Defendant Sunview to file its responsive pleading until June 9, 2008.

8.  Due to the relationship between the *Doe Action* and instant action and in the interest of avoiding piecemeal motions, Defendant Sunview requested that Plaintiffs stipulate to an extension of time so that Defendant Sunview will be required to respond to the *Robles* complaint and the *Doe* amended complaint on June 9, 2008, rather than on May 9, 2008.

9.  The parties now jointly request that the Court grant an order consistent with this

stipulation.

Dated: May 15, 2008                    MORGAN, LEWIS & BOCKIUS LLP
                                       BRENDAN DOLAN


                                       By        /s/ Brendan Dolan
                                          Brendan Dolan
                                          Attorneys for Defendant
                                          SUNVIEW VINEYARDS OF CALIFORNIA,
                                          INC., a California corporation


Dated: May 15, 2008
                                       MCNICHOLAS & MCNICHOLAS


                                       By        /s/ Catherine Schmidt
                                          Catherine Schmidt
                                          MCNICHOLAS & MCNICHOLAS
                                          Attorneys for Plaintiffs
                                          CATALINA ROBLES, *et al*.


**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Sunview Vineyards of California, Inc. shall have until June 9, 2008, to file and serve its response to Plaintiffs' amended complaint.

IT IS SO ORDERED.


**Dated:   May 23, 2008**                       /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE

3