# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA ROBLES, et al,        ) | CIV-F-06-0288 AWI SMS |
|                               ) | |
|          Plaintiffs,          ) | **ORDER VACATING HEARING** |
|                               ) | **DATE OF JULY 21, 2008 AND** |
|     v.                        ) | **TAKING MATTER UNDER** |
|                               ) | **SUBMISSION** |
| SUNVIEW VINEYARDS OF          ) | |
| CALIFORNIA, INC.,             ) | |
|                               ) | |
|          Defendant.           ) | |
| _____ ) | |

A hearing on the motion to dismiss has been scheduled for July 21, 2008. Doc. 91. Plaintiffs have filed an opposition and Defendant has filed a reply. Docs. 92 and 94.  The court has reviewed the papers and has determined that oral argument would not be helpful at this time. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 21, 2008, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   July 16, 2008**                          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

1